Case 4:22-cv-03062   Document 27   Filed on 09/21/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WELL CELL GLOBAL LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-3062 |
| SHAWN PAUL CALVIT, MARC PIERRE DESGRAVES IV, CHARLES ALEXANDER ELLIOT, INSULINIC OF LAFAYETTE LLC, INSULINIC OF HIALEAH LLC, INSULINIC HAWAII, LLC, | § § § § § § § | |
| Defendants. | § § | |

### MEMORANDUM AND TEMPORARY RESTRAINING ORDER

Well Cell owns U.S. Patent Nos. 9,654,595 and 10,533,990 B2 (the '595 and '990 Patents), covering certain products used for treating diabetes. In September 2021, Well Cell entered into license agreements with the Insulinic Lafayette, LLC and Insulinic of Hialeah, LLC defendants. These agreements covered the two Well Cell patents and certain trade secrets. In July 2022, Well Cell acted to terminate the license agreements. In this lawsuit, Well Cell sought a temporary restraining order and a preliminary and permanent injunction to prevent the defendants from making, using, or selling products relating to the '595 and '990 Patents.

The court held a hearing on the TRO application on September 13, 2022, at which all parties who had appeared were present.[1] The court finds that Well Cell has shown a substantial likelihood of success on the merits, a substantial threat of irreparable harm absent the TRO, that the harm Well Cell will suffer without the TRO outweighs the costs to the defendants to comply, and that issuing the TRO is in the public interest.

---

[1] No appearance has yet been made on behalf of Marc Pierre Desgraves or Charles Alexander Elliot.

The court orders that Insulinic of Lafayette LLC, Insulinic of Hialeah LLC, Insulinic Hawaii, LLC, Shawn Paul Calvit, Marc Pierre Desgraves IV, and Charles Alexander Elliott, and their principals, agents, officers, directors, members, employees, representatives, successors, and other persons acting in concert and participation with them, are enjoined from:

    a.    making, using, selling, or offering for sale in the United States, or importing into the United States, including within this judicial district, infusion pumps, kits, and IV tubing infusion cassettes for the treatment of diabetes related to U.S. Patent Nos. 9,654,595 and 10,533,990 B2; and

    b.    representing, by any means, that any products manufactured, distributed, advertised, offered, or sold by the defendants are Well Cell's products or vice versa, and from otherwise acting in a way likely to cause confusion, mistake, or deception on the part of purchasers or consumers as to the origin or sponsorship of such products.

The court orders Well Cell to tender $10,000.00 to the United States District Court as security for any injury to the defendants caused by the court's temporary restraining order, if the defendants are later determined to have been wrongfully enjoined.

This order expires on September 27, 2022, or when the court otherwise orders.

The court sets a hearing on Well Cell's application for a preliminary injunction on **Friday, September 23, 2022, at 1:00 p.m., in Courtroom 11-B**.

SIGNED on September 21, 2022, at Houston, Texas.

                                                  Lee H. Rosenthal
                                                  Chief United States District Judge