**LLOYD&MOUSILLI**
ATTORNEYS AND COUNSELORS AT LAW

**Lema Barazi**
713.306.4650
lema@lloydmousilli.com

November 29, 2022

| | |
|---|---|
| Shawn Calvit, as Authorized Representative<br>100 Meadowlane<br>Lafayette, LA 70506<br>shawnc@insulinic.com | *Via Electronic Mail* |
| Insulinic of Lafayette LLC<br>220 Johnston Street Building<br>Lafayette, LA 70501 | |
| Insulinic of Hialeah LLC<br>220 Johnston Street Building<br>Lafayette, LA 70501 | |
| Insulinic LLC<br>220 Johnston Street Building<br>Lafayette, Louisiana 70501 | |
| Insulinic of Gretna LLC<br>220 Johnston Street Building<br>Lafayette, Louisiana 70501 | |
| Insulinic of Hammond LLC<br>220 Johnston Street Building<br>Lafayette, Louisiana 70501 | |
| Patrick Dale LeLeaux, M.D., Individually<br>1307 Crowley Rayne Hwy, Suite E<br>Crowley, Louisiana 70526 | *Via Certified Mail* |
| Charles Alexander Elliott, Individually<br>930 Makaiwa Street<br>Honolulu, Hawaii 96816<br>*elliottw100@msn.com*<br>*idaaelliott@gmail.com* | Via Electronic Mail & Certified Mail |
| Marc Pierre Desgraves IV, Individually<br>9541 Pagosa Street<br>Commerce City, Colorado 80022<br>*mdesgraves@insulinic.com* | Via Electronic Mail & Certified Mail |

    **Re:   Demand to Cease and Desist**

**EXHIBIT 2**

November 29, 2022
Demand to Cease and Desist
Page 2 of 3

Dear Mr. Calvit, Mr. Elliott, Mr. Desgraves, and Dr. LeLeaux,

Please be advised that the undersigned law firm has been retained by Diabetes Relief LLC and affiliates (hereinafter, **"Diabetes Relief"**) to assert claims against Shawn Paul Calvit, Marc Pierre Desgraves IV, Charles Alexander Elliott, Insulinic LLC, Patrick Dale LeLeaux, M.D., Insulinic of Lafayette LLC, Insulinic of Hialeah LLC, Insulinic Hawaii LLC, Insulinic of Gretna LLC, and Insulinic of Hammond LLC, and any other affiliated persons or entities involved in the unlawful behavior described herein (hereinafter, collectively, **"Insulinic"**) for patent infringement, copyright infringement, and misappropriation of trade secrets. Diabetes Relief hereby demands that you immediately comply with the demands stated herein. This letter is notice of our client's claims and an attempt to resolve this matter.

**Unauthorized Use of Intellectual Property**

We are in possession of evidence of Insulinic's continued unauthorized use of Diabetes Relief's proprietary information and technology, collectively referred to as "Physiologic Insulin Resensitization" treatment (hereinafter, **"PIR"**).

While Insulinic of Lafayette LLC and Insulinic of Hialeah LLC were formerly licensees of PIR and related research, development, including patented and patent pending processes and technologies (hereinafter, **"License Material"**), that license has been previously terminated. All continued use of PIR and the associated License Materials is unauthorized and willful infringement of Diabetes Relief intellectual property.

Diabetes Relief hereby demands that Insulinic cease any and all use of the License Material immediately and confirm in writing compliance with this demand.

**Demand to Cease and Desist Copyright Infringement**

Insulinic is hereby demanded to immediately cease and desist from the unlawful use of Diabetes Relief's registered copyrights. Copies of Diabetes Relief's relevant copyright registration are attached as Exhibit A (hereinafter, **"Copyrighted Materials"**). Evidence of Insulinic's infringement of Diabetes Relief's registered copyrights is attached as Exhibit B. This letter serves as formal written notice of copyright infringement, as required per 17 U.S. Code § 501(b) before initiating litigation.

Copyright infringement is a strict liability offense and Insulinic is responsible for any infringing act, regardless of intent. Although Insulinic may stop using the Copyrighted Materials, Insulinic remains liable for past infringement. Statutory damages for copyright infringement are up to $150,000 per instance as set in Section 504(c)(2).

**Demand to Cease and Desist Patent Infringement**

Insulinic has been on written notice that the License Materials contained patented material belonging to Diabetes Relief. As of July 29, 2022, any use by Insulinic of the technology and processes that are the subject of Patent No. 9,654,595 and Patent No. 10,533,990 B2

November 29, 2022
Demand to Cease and Desist
Page 3 of 3

(hereinafter, **"Diabetes Relief Patents"**) has been unauthorized and constitutes patent infringement under 35 U.S. Code § 271. Diabetes Relief has a good faith belief that Insulinic is continuing the use of the patented process based on advertising materials Insulinic has disseminated. An example of such advertising materials is attached as Exhibit C.

Any continued use by Insulinic of technology or processes based on Diabetes Relief Patents is unauthorized and constitutes willful infringement, with relief for treble damages and attorney fees.

**Next Steps**

These actions by Insulinic are causing irreparable harm to Diabetes Relief and the value of the intellectual property developed. Immediate action is required by Insulinic to avoid further escalation.

Diabetes Relief will use all available remedies under the law to protect its highly valuable intellectual property and all rights Diabetes Relief is entitled to.

All further communication regarding the matters stated herein should be directed to the undersigned.

Sincerely,

Lloyd & Mousilli
Attorneys at Law

_____

Lema Barazi for the Firm

Enclosures

cc:   Justin K. Ratley, *Via Electronic Mail*
      Elizabeth F. Eoff
      MUNSCH HARDT KOPF & HARR, P.C.
      700 Milam, Suite 800
      Houston, Texas 77002
      *jratley@munsch.com*
      *eeoff@munsch.com*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-452-464**

**Effective Date of Registration:**
September 14, 2017

---

## Title

  **Title of Work:** Diabetes Relief Website

---

## Completion/Publication

  **Year of Completion:** 2017
  **Date of 1st Publication:** July 01, 2017
  **Nation of 1st Publication:** United States

## Author

  • **Author:** Diabetes Relief LLC
    **Author Created:** text
    **Work made for hire:** Yes
    **Citizen of:** United States
    **Year Born:** 2015

## Copyright Claimant

  **Copyright Claimant:** Diabetes Relief LLC
    11511 Katy Fwy, Suite 101, Houston, TX, 77079, United States
  **Transfer statement:** Various employees and associates

## Rights and Permissions

  **Organization Name:** Diabetes Relief LLC
  **Name:** Carol Ann Wilson
  **Email:** carol@diabetesrelief.com
  **Telephone:** (281)600-5000
  **Alt. Telephone:** (281)600-6000
  **Address:** 11511 Katy Fwy
    Suite 101
    Houston, TX 77079 United States

EXHIBIT A

🔵 diabetesrelief.com/testimonials/

**Here is What Patients Have to Say About Diabetes Relief**

**Diabetes Relief**<sup>SM</sup> *Get Your Life Back*<sup>SM</sup>

FOR PHYSICIANSMEET THE TEAMPRODUCTSFAQSCONTACT USHOMEFOR PHYSICIANSMEET THE TEAMPRODUCTSFAQSCONTACT US1-866-589-8639Click Here to Call Us!



"My blood sugar is now controlled and my eyesight has improved so much I went from legally blind without glasses to now being able to read the captions on the TV with no glasses, and I'm down from 6 vials of insulin per month to only 3."

**Bruce B., Brazoria, TX**
Type 2 Diabetic – 27 years

"I'm now taking 50% less insulin, my A1c is down 3.5 points, my neuropathy is gone and my energy is way up."

**Alan H., Colorado Springs, CO**
Type 2 Diabetic – 20+ years
Coronary Artery Diseases
Triple bypass, 13 cardiac stents

"Since I been getting treatment at Diabetes Relief, I have no more problems with neuropathy. My legs and feet use to burn, like it was on fire, but now I feel so good… I sleep well at night for the first time in years. I also experience weight loss."

**John J., Houston, TX**
Type 2 Diabetic for 5+ years
Hypertension
Neuropathy

"I haven't felt this good in years. It's like my neuropathy just disappeared and my energy level has increased."

**Wayne K., Houston, TX**
Type 2 Diabetic – 18 years
Neuropathy – 10 years
Retinopathy – 2 years

"It has given me my life back."

**Michael W., Crosby, TX**
Type 1 Diabetic – 7 years
Neuropathy – 2 years
Thyroid Disease – 9 years

"It's almost a miracle that my foot healed so well. I started treatment and within 3 weeks it had healed. The wound had been there for 3 months prior to treatment"

**Greg B., Houston, TX**
Type 2 Diabetic – 10 years
Hypertension – 5 years
Neuropathy – 8 years

"I have more energy and my eyesight has improved so much that I only use bifocals now and before I had to use trifocals."

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-185-843**

**Effective Date of Registration:**
November 15, 2019

**Registration Decision Date:**
January 14, 2020

---

## Title

    **Title of Work:** Glucose Homeostasis V.2

## Completion/Publication

    **Year of Completion:** 2019
    **Date of 1st Publication:** October 15, 2019
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Diabetes Relief LLC
      **Author Created:** technical drawing
      **Work made for hire:** Yes
      **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Diabetes Relief LLC
    11511 Katy Fwy, Suite 100, Houston, TX, 77079, United States

## Rights and Permissions

    **Name:** Scott A Hepford
    **Email:** scott@diabetesrelief.com
    **Telephone:** (281)600-5000
    **Address:** 11511 Katy Fwy
    Suite 100
    Houston, TX 77079 United States

## Certification

Page 1 of 2

**Name:** Carol Wilson
**Date:** November 15, 2019

**Copyright Office notes:** Regarding authorship information: Registered work is Artwork/Illustration



**Registration #:** VA0002185843
**Service Request #:** 1-8260679031



Diabetes Relief LLC
11511 Katy Fwy
Suite 100
Houston, TX 77079 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-330-086

**Effective Date of Registration:**
May 17, 2018

---

## Title
    **Title of Work:** Overcoming Metabolic Failure

## Completion/Publication
    **Year of Completion:** 2018

## Author
- **Author:** Diabetes Relief LLC
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant
    **Copyright Claimant:** Diabetes Relief LLC
    11511 Katy Fwy, Suite 101, Houston, TX, 77079, United States

## Rights and Permissions
    **Organization Name:** Diabetes Relief LLC
    **Name:** Carol A Wilson
    **Email:** carolwilson@earthlink.net
    **Telephone:** (281)642-4050
    **Alt. Telephone:** (281)600-6000
    **Address:** 8902 Sunnywood Dr
    Houston, TX 77088 United States

## Certification
    **Name:** Carol Wilson

**Registration #:** VAu001330086  
**Service Request #:** 1-6592582541

Diabetes Relief LLC  
Carol A Wilson  
11511 Katy Fwy, Suite 101  
Houston, TX 77079 United States



(http://insulinic.com)

FOLLOW US :

 (https://www.facebook.com/insulinic)   (https://twitter.com/insulinic)

# The Science Behind Physiologic Insulin Resensitization

- Insulinic utilizes a unique and groundbreaking patented approach where insulin is administered as a hormone rather than a drug addressing the primary cause of Diabetes which is metabolic failure
- By utilizing insulin in a manner that bio-mimics normal physiology, this modality is designed to reduce insulin resistance which helps blood sugar more readily enter each cell and be converted into energy
- Increasing cellular energy allows damaged tissues and organs to grow, repair, and regenerate. Thus, our approach not only stabilizes but in many instances has reversed complications of diabetes and other metabolic disorders.

## PIR For Insulin Resistance

PIR for insulin resistance (http://insulinic.com/wp-content/uploads/2022/03/1.-PIR-for-insulin-resistance-1.pdf)

## Dynamic Diabetes Solution

Dynamic Diabetes Solutions-Pulse Insulin Resensitization (PIR) (http://insulinic.com/wp-content/uploads/2022/03/4.-Article-Dynamic-Diabetes-Solutions-Pulse-Insulin-Resensitization-PIR-Published-Medical-_-Clinical-Research-Dr.-Loveridge-08.13.2021.pdf)

## Improved Kidney Function

EXHIBIT B

Improved Kidney Function (http://insulinic.com/wp-content/uploads/2022/03/3.-Villaverde-Improved-Kidney-Function-Following-Physiologic-Insulin-Resensitization-Treatment-Modality_07.30.21.pdf)

# Reversal Of Diabetic Neuropathy

Reversal of Diabetic Neuropathy (http://insulinic.com/wp-content/uploads/2022/03/2.-Loveridge-Reversal-of-Diabetic-Neuropathy-Utilizing-Physiologic-Insulin-Resensitization-Case-Series_07.20.2021-Copy.pdf)



## Stay Connected With Insulinic

(https://www.facebook.com/insulinic)
(https://twitter.com/insulinic)

## Quick Links

Home(http://insulinic.com/shawn/)

About Us(http://insulinic.com/shawn/about/)

Services(http://insulinic.com/shawn/services/)

Contact(http://insulinic.com/shawn/contact/)

## Make an Appointment

Getting an accurate diagnosis can be one of the most impactful experiences that you can have.

Contact Now (http://insulinic.com/shawn/contact/)

Copyright © 2021 Insulinic | Powered by Tech Reshape (https://www.techreshape.com)



# New Diabetes Management Clinic Here on Oahu NOW! 

August 26, 2022    Chamber, Members

Aloha!

Insulinic Hawaii ( https://insulinic.com/ ) is a new innovative approach to diabetes management. Our first Hawaii location opens **Sept. 12th at 1360 S. Beretania**. The Insulinic mission is to serve the vast and growing Hawaiian diabetes population by **first assisting Primary Care, Internal Medicine, Nephrology, and Podiatry providers** with a diagnostic test that measures nerve conduction and vascular flow.  Nerve conduction and vascular flow are two key biomarkers that when measured can indicate the severity of diabetes. Our diagnostic testing provides unprecedented data in 1 test giving physicians a 10-page report with over 25 metabolic health markers ( https://insulinic.com/tm-flow-system/ ).  Insulinic of Hawaii, at no cost to the provider, will supply the diagnostic equipment and associated nursing staff to perform this 20 minute test.  Insulinic believes in a care team approach and a collaboration of care. The ordering provider will interpret the diagnostic test results to inform treatment options and serve as a baseline to measure treatment progress.   **Reimbursement for report interpretation by the ordering physician** can be billed by utilizing CPT codes: 95921 Autonomic Nervous System Test, 95923 Sudomotor Assessment, and 93923 Ankle Brachial Index.  An additional differentiator and vital component of the Insulinic program is our Medicare approved insulin IV infusion modality, which is a patented approach that resensitizes cells by using insulin as a hormone rather than a drug. This approach has been scientifically proven to improve and reverse symptoms experienced by insulin resistant diabetics.  At Insulinic, we aim to help patients reverse insulin resistance, which is the root cause of many metabolic disorders. We are requesting a call to action from you to join us in the fight against diabetes in our great state of Hawaii!

**What our patients are saying:**

"I haven't felt this good in years. It's like my neuropathy just disappeared, and my energy level has increased." -Wayne K.,  Type 2 Diabetic- 18 years, Neuropathy- 10 years, Retinopathy- 2 years

"My blood sugar is now controlled, and my eyesight has improved so much. I went from legally blind without glasses to now being about to read  the captions on the TV with no glasses, and I'm down from six vials of insulin per month to only three." -Bruce B., Type 2 Diabetic- 27 years

We'd love to drop by your office to show you more of how we can collaborate on care for diabetics here on Oahu!





**Insulinic Hawaii**

**Marc Desgraves Chief Financial Officer**

August 26, 2022

(808) 210-4444

Send Email

EXHIBIT C