

(http://insulinic.com)

FOLLOW US :

 (https://www.facebook.com/insulinic)   (https://twitter.com/insulinic)

# TREATMENT

We Work With All Insurance Payers To Maximize Your Benefits













**EXHIBIT 4**





## DOCTOR REFERRAL

We work with your doctor and keep them Informed of your treatment, testing and Progress.





## WALKINS WELCOME

No doctor referral needed, doctors, nurse practitioners, and medical staff will be available to assess your medical needs.

## INITIAL CONSULTATIONS

You will meet with a member of our medical staff who will review your medical history and physical condition





## TREATMENT PLAN

**We create an individualized care plan based on your diabetic symptoms, metabolism, and medical history to determine the best treatment plan for you.**

The treatment is designed to reduce insulin resistance, which is the primary cause of type 2 diabetes and other metabolic disorders.



# HORMONE OPTIMIZATION

**WEIGHT MANAGEMENT**

**WELLNESS AND NUTRITION**

## FIND MORE INFORMATION

Contact Us (http://insulinic.com/shawn/contact/)

## Stay Connected With Insulinic



(https://www.facebook.com/insulinic)   (https://twitter.com/insulinic)

### Quick Links

Home(http://insulinic.com/shawn/)

About Us(http://insulinic.com/shawn/about/)

Services(http://insulinic.com/shawn/services/)

Contact(http://insulinic.com/shawn/contact/)

Contact (http://insulinic.com/shawn/contact/)

## Make an Appointment

Getting an accurate diagnosis can be one of the most impactful experiences that you can have.

**Contact Now (http://insulinic.com/shawn/contact/)**

Copyright © 2021 Insulinic | Powered by Tech Reshape (https://www.techreshape.com)