Case 4:22-cv-03062   Document 200   Filed on 08/21/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WELL CELL GLOBAL LLC *et al.*, § | |
| § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. H-22-03062 |
| § | |
| SHAWN PAUL CALVIT *et al.*, § | |
| § | |
| Defendants. § | |

**MEMORANDUM AND ORDER**

This trade secret case has a lengthy history. The plaintiffs assert claims for trade secret misappropriation, trademark infringement, unfair competition, and breach of contract under federal and state law. The defendants deny that the plaintiffs have identified or can identify protectable trade secrets or assert plausible misappropriation and infringement claims. The plaintiffs seek judgment on certain of their claims, including for the defendants' violations of the federal Defend Trade Secrets Act and the Texas Uniform Trade Secrets Act; unfair competition; breach of contract; and trademark infringement under the Lanham Act and under Texas common law. (Docket Entry No. 190). The defendants seek to dismiss the trade secret misappropriation and the unfair competition claims, with prejudice. (Docket Entry No. 180).

Both motions are denied on the basis of the present record, with one exception. The plaintiffs' unfair competition by misappropriation claim based on patent infringement is preempted, and that claim is dismissed, with prejudice, because amendment would be futile. The cross-motions are otherwise denied. The court will resolve the issues presented on the basis of the fuller record provided by a trial.

The court has recently entered the amended scheduling order that the parties proposed. The court looks forward to resolving the case after a full presentation on the merits by both sides. No continuances will be granted.

SIGNED on August 21, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge