IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WELL CELL GLOBAL LLC, WELL CELL SUPPORT LLC, AND DIABETES RELIEF LLC,<br>    *Plaintiffs,*<br><br>v.<br><br>SHAWN PAUL CALVIT, MARC PIERRE DESGRAVES IV, CHARLES ALEXANDER ELLIOTT, INSULINIC LLC, INSULINIC OF LAFAYETTE LLC, INSULINIC OF HIALEAH LLC, INSULINIC HAWAII, LLC, INSULINIC OF GRETNA, LLC, INSULINIC OF HAMMOND, LLC, DIABETES MANAGEMENT CLINIC, LLC, AND INTEGRAL MEDICINE GROUP, INC.<br>    *Defendants.* | § § § § § § § § § § § § § § § § § § § | CIVIL CASE NO.<br>4:22-cv-03062-LHR<br>JURY DEMANDED |

**PLAINTIFFS WELL CELL GLOBAL, WELL CELL SUPPORT LLC, AND DIABETES RELIEF LLC'S AND DEFENDANTS SHAWN PAUL CALVIT, PATRICK DALE LELEUX, MD, INSULINIC LLC, INSULINIC OF LAFAYETTE LLC, INSULINIC OF HIALEAH LLC, INSULINIC OF GRETNA, LLC, INSULINIC OF HAMMOND, LLC, AND INTEGRAL MEDICINE GROUP, INC.'S JOINT MOTION FOR ENTRY OF STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**

**TO THE HONORABLE COURT:**

COME NOW, PLAINTIFFS, WELL CELL GLOBAL LLC, WELL CELL SUPPORT LLC, AND DIABETES RELIEF LLC **("Plaintiffs")**, together with DEFENDANTS SHAWN PAUL CALVIT, PATRICK DALE LELEUX, MD, INSULINIC LLC, INSULINIC OF LAFAYETTE LLC, INSULINIC OF HIALEAH LLC, INSULINIC OF GRETNA, LLC, INSULINIC OF HAMMOND, LLC, AND INTEGRAL MEDICINE GROUP, INC., **("Settling Defendants")** (collectively, the **"Parties"**), in the above-styled matter,

and respectfully move for entry of the Joint Motion for Entry of Stipulated Consent Judgment and Permanent Injunction attached as **Exhibit A**. In support thereof, the Moving Parties would respectfully show unto the Court the following:

1. Plaintiff Well Cell Global LLC (**"Well Cell Global"**) owns valuable and exclusive rights to United States Patent Number 10,533,990 B2, entitled "physiologic insulin-sensitivity improvement," which was duly and legally issued on January 14, 2020, and names Scott Hepford, Carol Ann Wilson, and Stanley Tories Lewis, Jr., among others, as the inventors, and United States Patent Number 9,652,595, entitled "kit that improves impaired hepatic glucose processing in patients," which was duly and legally issued on May 16, 2017, and names Scott Hepford and Carol Ann Wilson, among others, as the inventors (the **"Patents"**). Well Cell Global also owns all common law and/or registered trademark rights to various marks, including the marks "Diabetes Relief," "DR$_x$," and "Physiologic Insulin Resensitization" (the **"Trademarks"**). Additionally, Well Cell Global holds the exclusive rights to certain creative works, registered with the United States Copyright Office under the following Registration Numbers: TX-8-452-464, VAu 1-330-086, VA 2-185-843, and VAu 1-305-789 (the **"Copyrighted Works"**). Moreover, Well Cell Global owns numerous proprietary trade secrets developed as part of its business operations that have significant economic value, as more thoroughly detailed in Plaintiff's live complaint, and Well Cell Global strictly protects the confidentiality of these trade secrets (the **"Trade Secrets"**).

2. On September 8, 2022, Well Cell Global initiated the above-captioned action (the **"Action"**) against Defendants Shawn Paul Calvit (**"Calvit"**), Marc Pierre Desgraves IV (**"Desgraves"**), Charles Alexander Elliott (**"Elliott"**), Insulinic of Lafayette LLC (**"Insulinic of LA"**), Insulinic of Hialeah LLC (**"Insulinic of FL"**), and Insulinic of Hawaii LLC (**"Insulinic of HI"**) (collectively, the **"Original Defendants"**) for numerous causes of action related to the

Original Defendants' infringement upon Well Cell Global's patents-in-suit, Well Cell Global's Trademarks, Well Cell Global's Copyrighted Works, and their misappropriation of other intellectual property and trade secrets belonging to Well Cell Global and seeking temporary, preliminary, and permanent injunctive relief. *See* Dkt. No. 1. The next day, Well Cell Global filed its Verified Emergency Application for a Temporary Restraining Order and Preliminary Injunction. *See* Dkt. 4.

3. On September 15, 2022, the Court issued a Temporary Restraining Order (**"TRO"**) enjoining and restraining the Original Defendants from infringing upon Well Cell Global's patents-in-suit by (a) "making, using, selling, or offering for sale in the United States, or importing into the United States, including within this judicial district, infusion pumps, kits, and IV tubing infusion cassettes for the treatment of diabetes elated to U.S. Patent Nos. 9,654,595 and 10,533,990 B2" or (b) "representing, by any means, that any products manufactured, distributed, advertised, offered, or sold by the defendants are Well Cell's products or vice versa, and from otherwise acting in a way likely to cause confusion, mistake, or deception on the part of purchasers or consumers as to the origin or sponsorship of such products." *See* Dkt. No. 18.

4. On October 27, 2022, Well Cell Global and Plaintiff Well Cell Support, LLC (**"Well Cell Support"**) (collectively, **"Well Cell"**) filed a First Amended Complaint, which asserted six additional causes of action against the Original Defendants, as well as claims against additional defendants, Dr. Patrick Dale LeLeaux (**"Dr. LeLeaux"**), Insulinic LLC (**"Insulinic LLC"**), Insulinic of Gretna, LLC (**"Insulinic of Gretna"**) and Insulinic of Hammond, LLC (**"Insulinic of Hammond"**), and seeking temporary, preliminary, and permanent injunctive relief. *See* Dkt. No. 43.

5. On October 31 and November 1, 2022, a hearing on Plaintiffs' Application for a

Preliminary Injunction occurred, and on November 10, 2022, the Court issued a Preliminary Injunction prohibiting the Original Defendants and others who receive actual notice of the Preliminary Injunction from:

> 1. Practicing the therapy disclosed in U.S. Patent No. 10,533,990.
>
> 2. Using any of the knowledge, information, training, or materials taught, delivered, described, or otherwise imparted from Well Cell, in whole or in part, as part of any medical procedure, treatment, therapeutic modality, or otherwise;
>
> 3. Practicing Well Cell's propriety method of insulin resensitization, the microburst insulin infusion modality, or any other form of exogenous intravenous insulin infusion designed to treat diabetes or other metabolic disorders;
>
> 4. Disclosing the plaintiffs' trade secrets, including their confidential business contacts and their specialized medical training, including their training modules, videos, and handbooks, and methods of conducting their business for Well Cell's proprietary method of insulin resensitization for the treatment of diabetes to any person or entity in the United States; and
>
> 5. Representing, by any means whatsoever, that any products manufactured, distributed, advertised, offered or sold by the defendants are Well Cell's products or vice versa, and from otherwise acting in a way likely to cause confusion, mistake, or deception on the part of purchasers or consumers as to the origin or sponsorship of such products.

Dkt. No. 77.

6. On March 3, 2023, Plaintiffs filed a Second Amended Complaint wherein they brought numerous claims against Defendants Calvit, Desgraves, Insulinic LLC, Insulinic of LA, Insulinic of FL, Insulinic of HI, Insulinic of Gretna, Insulinic of Hammond, Diabetes Management Clinic, LLC (**"DMC"**), and Integral Medicine Group, Inc. (**"IMG"**) (collectively, **"Defendants"**), including, *inter alia*, claims of patent infringement, trademark infringement, copyright infringement, trade secret misappropriation, unfair competition, and breach of contract against

Defendants and requested injunctive relief. Diabetes Relief LLC (**"Diabetes Relief"**) was also added as a plaintiff asserting its own claims of patent infringement, copyright infringement, and copyright infringement, among others, against Defendants. *See* Dkt. No. 161. On March 1, 2024, Plaintiffs filed a Third Amended Complaint, which serves as its live pleading in this Action. *See* Dkt. No. 175.

7.  On November 8, 2024, the Parties entered into a confidential settlement agreement and now jointly request the Court to enter the attached Stipulated Consent Judgment and Permanent Injunction.

8.  The Court has personal jurisdiction over Defendants, has subject matter jurisdiction over all claims asserted in this Action, and otherwise has jurisdiction to enter the attached Stipulated Consent Judgment and Permanent Injunction.

9.  The Court has continuing jurisdiction over the Parties for purposes of enforcing the Stipulated Consent Judgment and Permanent Injunction. The Parties knowingly and irrevocably waive any argument that venue in or jurisdiction by the Court is improper or inconvenient for such purposes.

10. The Parties agree that the Settling Defendants shall be dismissed from this Action, but shall be bound by the terms of any and all injunctive relief to be entered by this Court pursuant to Federal Rule of Civil Procedure 65(d)(2)(C).

11. The Court's entry of the Stipulated Consent Judgment and Permanent Injunction will resolve all claims, defenses, and issues raised in the Action against the Settling Defendants only.

**SO STIPULATED ON November 21, 2024**

By: /s/ *Lema Mousilli*
Lema Mousilli
Attorney-in-Charge
Texas Bar No. 24056016
S.D. Texas Bar No. 1358290
**MOUSILLI LAW, PLLC**
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Tel: (281) 305-9313
Email: lema@mousillilaw.com

**ATTORNEYS FOR PLAINTIFFS
WELL CELL GLOBAL LLC,
WELL CELL SUPPORT LLC, AND
DIABETES RELIEF LLC**

AND

By: /s/ *Tom Van Arsdel*
Tom Van Arsdel
Attorney-in-Charge
Texas Bar No. 24008196
Federal ID 23492
**WINSTEAD PC**
600 Travis, Suite 5200
Houston, Texas 77002
Telephone: (713) 650-8400
Email: tvanarsdel@winstead.com

**ATTORNEYS FOR DEFENDANTS
SHAWN PAUL CALVIT AND INSULINIC
OF LAFAYETTE LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record, pursuant to the District's ECF service rules on **November 21 2024,** *via electronic filing system* on the following:

Tom Van Arsdel
Attorney-in-Charge
WINSTEAD PC
600 Travis, Suite 5200
Houston, Texas 77002
Michael Karson
Grant Tucker
WINSTEAD PC
2728 N. Harwood St., Suite 500
Dallas, Texas 75201
*tvanarsdel@winstead.com*
*mkarson@winstead.com*
*gtucker@winstead.com*

Attorneys for Defendants
Shawn Paul Calvit and
Insulinic of Lafayette LLC

Benjamin Francis Foster
Attorney-In-Charge
Foster Yarborough PLLC
917 Franklin Street, Suite 220
Houston, TX 77002
ben@fosteryarborough.com
Attorney for Third-Party Defendant Glenn Massey

Lloyd Earl Kelley
Attorney-In-Charge
The Kelley Law Firm
2726 Bissonnet, Suite 240, PMB 12
Houston, TX 77005
kelley@lloydekelley.com
Attorney for Third-Party Defendant Scott Alan Hepford

                          /s/ *Lema Mousilli*
                          Lema Mousilli