United States District Court
Southern District of Texas
**ENTERED**
December 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WELL CELL GLOBAL, LLC, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. H-22-03062 |
| CALVIT, *et al.*, | § § § | |
| Defendant. | § § § § | |

# ORDER

The court recently granted the parties' joint motion for entry of the Stipulated Consent Judgment and Permanent Injunction, which dismissed claims against several defendants. (Docket Entry Nos. 211, 212). The plaintiffs recently filed a Fourth Amended Complaint adding another defendant, Diabetes Management Clinic, LLC. (Docket Entry No. 207). Given the lengthy history of this case and the number of parties moving through the litigation, it is helpful to have the parties promptly advise of those parties and claims still in the litigation and what remains to be done to resolve those parties and claims. The plaintiffs, as well as any remaining defendants, must file a status report setting forth this information by December 9, 2024.

SIGNED on December 2, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge