United States District Court
Southern District of Texas
**ENTERED**
December 27, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WELL CELL GLOBAL, LLC, *et al.*, | § |
| Plaintiffs, | § |
| v. | § CIVIL ACTION H-22-3062 |
| SHAWN PAUL CALVIT, *et al.* | § |
| Defendants. | § |

### ORDER OF VOLUNTARY DISMISSAL

On the plaintiffs' notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the claims against defendant, Diabetes Management Clinic, LLC, are dismissed without prejudice. (Docket Entry No. 217).

SIGNED on December 18, 2024, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

1