# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| WELL CELL GLOBAL LLC AND, WELL CELL SUPPORT LLC, AND DIABETES RELIEF LLC,<br>    *Plaintiffs,*<br><br>v.<br><br>SHAWN PAUL CALVIT, MARC PIERRE DESGRAVES IV, CHARLES ALEXANDER ELLIOTT, PATRICK DALE LELEUX, M.D., INSULINIC LLC, INSULINIC OF LAFAYETTE LLC, INSULINIC OF HIALEAH LLC, INSULINIC OF HAWAII, LLC, INSULINIC OF GRETNA, LLC, INSULINIC OF HAMMOND, LLC, DIABETES MANAGEMENT CLINIC, LLC, AND INTEGRAL MEDICINE GROUP, INC.<br>    *Defendants.* | § § § § § § § § § § § § § § § § § § § § §<br><br>CIVIL CASE NO. 4:22-cv-03062-LHR<br>JURY DEMANDED |

## NOTICE OF INTENT TO ISSUE SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45, Plaintiff Well Cell Global LLC hereby provides notice to all parties of its intent to serve a Subpoena, in the form attached hereto as Exhibit A, on non-party American Medical Association on September 15, 2025, or as soon thereafter as service may be effectuated.

DATED: September 14, 2025          Respectfully submitted,

                                       */s/ Lema Mousilli*
                                       Lema Mousilli
                                       Attorney-In-Charge
                                       Texas Bar No. 24056016
                                       Federal Bar No. 1358290
                                       **MOUSILLI LAW, PLLC**
                                       11807 Westheimer Road
                                       Suite 550, PMB 624

Houston, TX 77077
Tel: (281) 305-9313
lema@mousillilaw.com
service@mousillilaw.com

**ATTORNEYS FOR PLAINTIFFS
WELL CELL GLOBAL LLC,
WELL CELL SUPPORT LLC, AND
DIABETES RELIEF LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and any attachments, will be served to counsel of record, in accordance with the governing rules of procedure regarding service on this September 14, 2025, via *electronic filing manager*.

*/s/ Lema Mousilli*
Lema Mousilli