IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WELL CELL GLOBAL LLC AND, WELL CELL SUPPORT LLC, AND DIABETES RELIEF LLC,<br>  *Plaintiffs,*<br><br>v.<br><br>SHAWN PAUL CALVIT, MARC PIERRE DESGRAVES IV, CHARLES ALEXANDER ELLIOTT, PATRICK DALE LELEUX, M.D., INSULINIC LLC, INSULINIC OF LAFAYETTE LLC, INSULINIC OF HIALEAH LLC, INSULINIC OF HAWAII, LLC, INSULINIC OF GRETNA, LLC, INSULINIC OF HAMMOND, LLC, DIABETES MANAGEMENT CLINIC, LLC, AND INTEGRAL MEDICINE GROUP, INC.<br>  *Defendants.* | §§§§§§§§§§§§§§§§§§§<br><br>CIVIL CASE NO.<br>4:22-cv-03062-LHR<br>JURY DEMANDED |

**SUBPOENA TO PRODUCE DOCUMENTS
POST-JUDGMENT DISCOVERY IN AID OF ENFORCEMENT**

**TO:** Custodian of Records of the American Medical Association, Inc., c/o Andra K. Heller, 330 N. Wabash Avenue, Suite 39300, Chicago, IL 60611-5885

  **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or tangible things in your possession, custody, or control, pursuant to Federal Rule of Civil Procedure 45 and in aid of enforcement of the Final Judgment and Permanent Injunction entered in this action on May 14, 2025 (attached hereto as Exhibit A), under Federal Rule of Civil Procedure 69(a)(2). The Court retains continuing jurisdiction over this action for purposes of enforcing or adjudicating claims of violations of the Final Judgment and Permanent Injunction.

  This subpoena seeks documents related to potential violations of the Permanent Injunction, which prohibits the Defendants Marc Pierre DesGraves IV, Charles Alexander Elliott, and Insulinic of Hawaii LLC, and those in active concert or participation with them from, among other things:

- Practicing Plaintiffs' proprietary method of insulin re-sensitization, the microburst insulin infusion modality, or any other form of exogenous intravenous insulin infusion designed to treat diabetes or other metabolic disorders;

- Using or disclosing Plaintiffs' Trade Secrets, including specialized medical training, modules, videos, handbooks, and methods of conducting business for Plaintiffs' proprietary method of insulin re-sensitization for the treatment of diabetes; and

- Representing, by any means, that any products or services are Plaintiffs' products or services, or otherwise acting in a way likely to cause confusion, mistake, or deception as to origin or sponsorship.

The requested documents pertain to **"Tab 64, Cat III - Pulsatile Intravenous Insulin Therapy"** as referenced in the American Medical Association's Proposed Panel Agenda for the September 2025 CPT® Editorial Panel Meeting (attached hereto as Exhibit B), which appears to involve services or procedures that may implicate the enjoined conduct.

## **DEFINITIONS**

1. "Document" or "Documents" means any and all writings, recordings, or photographs as defined in Federal Rule of Evidence 1001, including but not limited to: papers, books, accounts, letters, emails, text messages, instant messages, social media communications, memoranda, notes, reports, studies, summaries, opinions, analyses, data compilations, spreadsheets, databases, presentations, slides, agendas, minutes, transcripts, audio recordings, video recordings, photographs, images, drawings, diagrams, blueprints, contracts, agreements, invoices, billing records, financial records, correspondence, drafts, revisions, and any other tangible things or electronically stored information (ESI) from which information can be obtained or translated into reasonably usable form. This includes all attachments, enclosures, and metadata associated therewith.

2. "Relating to" or "Related to" means referring to, regarding, concerning, describing, reflecting, evidencing, constituting, mentioning, discussing, analyzing, evaluating, or in any way pertaining to the subject matter.

3. "Tab 64" means the agenda item labeled "Tab 64, Cat III - Pulsatile Intravenous Insulin Therapy" in the AMA's Proposed Panel Agenda for the September 2025 CPT® Editorial Panel Meeting, including any associated code applications, proposals, or discussions for establishing, revising, or deleting Category III CPT codes related to pulsatile intravenous insulin therapy or similar procedures involving exogenous intravenous insulin infusion for diabetes or metabolic disorders.

4. "AMA" means the American Medical Association, including its officers, directors, employees, agents, subsidiaries, affiliates, committees (including the CPT® Editorial Panel), and any persons acting on its behalf.

5. "Defendants" means Marc Pierre Desgraves IV, Charles Alexander Elliott, and Insulinic of Hawaii LLC, as defined in the Final Judgment and Permanent Injunction.

6. "Communication" means any transmission or exchange of information, whether oral, written, electronic, or otherwise, including but not limited to meetings, conversations, telephone calls, emails, letters, memoranda, notes, and social media interactions.

## DOCUMENTS TO BE PRODUCED

Produce all Documents in your possession, custody, or control Relating to Tab 64, including but not limited to:

1. The complete code application(s) submitted for Tab 64, including all supporting materials, clinical vignettes, descriptions, guidelines, parenthetical notes, and any proposed CPT codes (e.g., placeholder codes such as those in the format "XXXXT").

2. All Communications Relating to Tab 64, including internal AMA Communications and Communications with any third parties, applicants, interested parties, advisors, or panel members.

3. All agendas, minutes, transcripts, recordings (audio or video), summaries, reports, or notes from any meetings, discussions, or proceedings Relating to Tab 64, including but not limited to the September 2025 CPT® Editorial Panel Meeting and any preparatory or follow-up sessions.

4. All comments, submissions, or input received from interested parties, applicants, or stakeholders Relating to Tab 64, including any written or verbal comments provided before, during, or after the August 12, 2025, deadline.

5. All documents identifying the applicant(s), sponsor(s), or proponent(s) of the code request for Tab 64, including any affiliations, contact information, or relationships with the Defendants or entities involved in insulin infusion therapies (e.g., Insulinic LLC or related entities).

6. All clinical, scientific, or technical descriptions, studies, data, or evidence submitted or considered in connection with Tab 64, including descriptions of pulsatile intravenous insulin therapy, microburst insulin infusion, or similar exogenous intravenous insulin infusion modalities for treating diabetes or metabolic disorders.

7. All decisions, outcomes, or actions taken by the CPT® Editorial Panel or AMA Relating to Tab 64, including any approvals, denials, withdrawals, terminations, or modifications, as reflected in the CPT Editorial Panel Summary of Actions (to be published on or before October 3, 2025, or any drafts thereof).

8. All Documents Relating to any potential overlap or similarity between the procedures described in Tab 64 and the Plaintiffs' proprietary methods as described in the Final Judgment and Permanent Injunction.

9. All ESI Relating to the above, including metadata, in native format where possible.

**PLACE OF PRODUCTION:** Lema Mousilli, Mousilli Law, PLLC, 11807 Westheimer Road, Suite 550, PMB 624, Houston, Texas 77077. You may produce Documents electronically via secure file transfer or physical media, provided they are Bates-numbered and accompanied by a privilege log if applicable. For electronic transmission, please send to Lema@mousillilaw.com.

**TIME FOR PRODUCTION:** Within thirty (30) days after service of this subpoena, or at a mutually agreed-upon time.

**YOUR DUTIES:** If you withhold any Documents on the basis of privilege or protection, provide a privilege log pursuant to FRCP 45(e)(2). You must preserve all potentially responsive Documents until production is complete. Compliance with this subpoena does not require attendance unless otherwise specified.

Failure to obey this subpoena may be treated as contempt of court.

DATED: September 15, 2025

Respectfully submitted,

*/s/ Lema Mousilli*
Lema Mousilli
Attorney-In-Charge
Texas Bar No. 24056016
Federal Bar No. 1358290
**MOUSILLI LAW, PLLC**
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Tel: (281) 305-9313
lema@mousillilaw.com
service@mousillilaw.com

**ATTORNEYS FOR PLAINTIFFS
WELL CELL GLOBAL LLC,
WELL CELL SUPPORT LLC, AND
DIABETES RELIEF LLC**

Issued at the request of Plaintiff Well Cell Global LLC